FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 20 AM 10:28
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ARTHUR L. BRIMS,

Plaintiff,

vs.

CIVIL ACTION NO.: CV610-053

GEORGIA STATE PRISON;
GEORGIA DEPARTMENT OF
CORRECTIONS; and
Mr. BREWTON, House Manager,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Georgia State Prison and the Georgia Department of Corrections are **DISMISSED**.

SO ORDERED, this 20 day of Sept., 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)