UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ARTHUR L. BRIMS,

Plaintiff,

v.                    6:10-cv-53

LARRY BREWTON, Unit Manager,

Defendant.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 20, to which objections have been filed, *see* Doc. 22.

Accordingly, the R&R is adopted as the opinion of the Court. Plaintiff's case is *DISMISSED*.

This 8th day of March 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA